UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOHNNY JOE HARO, | ) | CASE NO. CV 13-4887-PSG (PJW) |
| Plaintiff, | ) ) | ORDER ACCEPTING REPORT AND ADOPTING FINDINGS, CONCLUSIONS, |
| v. | ) ) | AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| JOHN DOE 1, et al., | ) ) | |
| Defendants. | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the motion to dismiss, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge. The time for filing objections has expired and no objections have been made. The Court accepts the findings and recommendations of the Magistrate Judge and adopts them as its own findings and conclusions.

IT IS THEREFORE ORDERED that Defendants' motion to dismiss is granted in part and denied in part.

DATED:  September 4, 2015.

PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE

C:\Users\imartine\AppData\Local\Temp\notesC7A056\Order accep r&r.wpd