JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOHNNY JOE HARO, | ) | CASE NO. CV 13-4887-PSG(PJW) |
| Plaintiff, | ) | JUDGMENT |
| v. | ) | |
| JOHN DOE 1, et al., | ) | |
| Defendants. | ) | |

    Pursuant to the Order accepting the Report and Recommendation,

    IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: 12/9/16

_____
PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE

S:\PJW\ Cases-Civil Rights\ HARO CV 13-4887.wpd